MERIEM L. HUBBARD, No. 155057
E-mail: mlh@pacificlegal.org
WENCONG FA, No. 301679
E-mail: wfa@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Counsel for Plaintiffs,*
*Karl Trautwein, et al.*

JENNIFER PETRUSIS
E-mail: jpetrusis@rwglaw.com
Richards, Watson & Gershon
355 S Grand Avenue, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 626-0078
Facsimile: (213) 626-0078

*Counsel for Defendants,*
*City of Highland, et al.*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL TRAUTWEIN, DEVONDRA GILL, and JAMES GILL, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF HIGHLAND, CALIFORNIA; DALE EVERMAN, Director of the Building Division, in his Official Capacity, and LARRY MAINEZ, Community Development Director FOR THE City of Highland, in his Official Capacity, <br><br> Defendants. | No. 5:16-cv-01491-JGB-SP <br><br> **ORDER** |

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: May 31, 2017

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747